One Legal, LLC
Corp/Business Service

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*25347*

Index no : 1:16-cv-03660
Office No: 10404176

| Plaintiff(s): | CHRISTOPHER SADOWSKI |
|---|---|
| | -vs- |
| Defendant(s): | TRUSA NY CORP. |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**Ricardo Delpratt**, the undersigned, being duly sworn, deposes and says:

On **07/25/2016** at **10:53 AM**, deponent served the within **Complaint, Civil Case Cover Sheet, Summons, Exhibits, AO 121** on **TRUSA NY CORP.** at **c/o Spielgel & Utrera, 1 Maiden Lane, 5th Floor, New York, NY 10038** in the manner indicated below:

By delivering a true copy of each to and leaving with **Stephen Hanna . Receptionist** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Black | 32 | 5'9" | 200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
JULY 28, 2016

_____
Notary Public,

DOMINIC DELLAPORTE
Notary Public, State of New York
No. 01DE6052212
Qualified in Nassau County
Commission Expires December 11, 20 18

X _____
Ricardo Delpratt
License#: 2008560
Metro Attorney Service. Inc.
305 Broadway 9th Floor
New York, NY 10007
212-822-1421

One Legal, LLC
504 Redwood Blvd., Ste 223
Novato, CA 94947

