Rayminh L. Ngo, Esq.,
EDNY Bar# rn4834
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6729 facsimile

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>         Plaintiff,<br><br>v.<br><br>TRUSA NY CORP.,<br><br>         Defendant. | Case No. 1:16-CV-03660-FB-PK<br><br>**DECLARATION OF CHRISTOPHER SADOWSKI IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

I, Christopher Sadowski, declare as follows:

    1.    I am over the age of 18 years old, am a competent person, and am not a minor. I am not an active member of the military, and if called, can and will testify to the facts contained herein.

    2.    I am a professional photographer by trade and am party to the above referenced action.

    3.    I have ownership and rights to the Images registered with the United States Copyright Office under Registration No.'s VA 1-901-341 and VA 1-900-624.

4. Through agreements with prospective clients and consumers of my work, I license the use of my photographs for nominal fees depending on the desired usage by the customer.

5. I regularly maintain and operate a website that demonstrates the extent of my work, as well as the applicable licensing and services fees that accompany my many images. This information can be publicly accessed at http://www.csnyphoto.com/Photo-Licensing.html/. *See Screenshot of Licensing, attached hereto as "Exhibit A"*.

6. In order to license one of my photos for a limited time, my regular licensing fee starts at $750.00 and can go upwards of $10,000.00 depending on the usage.

7. The Complaint in this action alleges multiple claims of copyright infringement of nineteen (19) of my photographic Images. Each of the Images referenced in the Complaint is registered with the United States Copyright Office.

8. I have not granted Defendant Trusa NY Corp. permission to use any of my photos, nor have they requested to ever license the photos for the aforementioned nominal fee that I regularly charge.

//

//

//

Pursuant to 28 U.S.C. § 1756, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 31, 17                                              Respectfully submitted,


                                                                                    *Christopher Sadowski*
                                                                                    Christopher Sadowski