**DECLARATION OF CHRISTOPHER SADOWSKI**

# EXHIBIT A



## Christopher Sadowski Photography
### (New York City & New Jersey)

## Photo Licensing Information:

Interested in licensing or purchasing usage rights to one of our photos that was seen in a publication or on a website? Please email us at csnyphoto@gmail.com for more information and a price quote. This email is monitored 24/7, so we will get back to you quickly.

**General Photo Licensing Fees:**

Limited Term Photo Licensing: $750 to $10,000

Unlimited Term Photo Licensing: $1,500 to $25,000

Exclusive Unlimited Term Photo Licensing: $25,000 and up

*Prices may vary depending on subject and usage conditions so please contact us for an exact price.

PLEASE NOTE: Previously published photos may not be re-published or re-produced by third parties unless prior written agreement or consent is given by Christopher Sadowski Photography; all photos are protected under U.S. copyright laws and copyright enforcement action will be taken against parties that do not comply and infringe the copyright of a photo. All rights reserved.